FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2012 FEB 29   AM 10: 39

CLERK _____
SO. DIST. OF GA.

KETHESPARAN SRIKANTHAN and SUCHETHA )
SRIKANTHAN,                          )
                                     )
     Plaintiffs    and    Counter)
     Defendants,                     )
                                     )
v.                                   )          CASE NO. CV411-275
                                     )
PARKWAY  HOLDINGS   CORP.,   CONCORDE)
HOLDINGS,    LLC,    and    PARKWAY)
INVESTMENTS OF POOLER, LLC,          )
                                     )
     Defendants    and    Counter)
     Claimants.                      )
                                     )

## O R D E R

Before    the    Court    is    the    parties'    Stipulation    for    Voluntary

Dismissal.    (Doc. 21.)    Pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii),    a    plaintiff    may    dismiss    an    action    by    filing    "a

stipulation of dismissal signed by all parties who have appeared."    As

requested,    Plaintiffs'    and    Counter    Claimants'    claims    against    all

Defendants and Counter Defendants are **DISMISSED WITH PREJUDICE** with

each party in this action to bear its own costs and attorney fees.    As

a result, Plaintiff's Motion to Remand (Doc. 14) and the parties Joint

Motion to Dismiss Counts III Through V (Doc. 16) are **DISMISSED AS**

**MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **29**ᵗʰ day of February 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA