FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 FEB 29 AM 10: 39
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KETHESPARAN SRIKANTHAN and SUCHETHA SRIKANTHAN,

    Plaintiffs and Counter Defendants,

v.

PARKWAY HOLDINGS CORP., CONCORDE HOLDINGS, LLC, and PARKWAY INVESTMENTS OF POOLER, LLC,

    Defendants and Counter Claimants.

CASE NO. CV411-275

## ORDER

Before the Court is the parties' Stipulation for Voluntary Dismissal. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' and Counter Claimants' claims against all Defendants and Counter Defendants are **DISMISSED WITH PREJUDICE** with each party in this action to bear its own costs and attorney fees. As a result, Plaintiff's Motion to Remand (Doc. 14) and the parties Joint Motion to Dismiss Counts III Through V (Doc. 16) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of February 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA